IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**(Northern Division)**

| | | |
|---|---|---|
| PPL ENERGYPLUS, LLC, *et al.*, | ) | *Document Electronically Filed* |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:12-cv-01286-MJG |
| | ) | |
| DOUGLAS R. M. NAZARIAN, in his official capacity as Chairman of the Maryland Public Service Commission, *et al.*, | ) ) ) | |
| | ) | |
| Defendants, | ) | |
| and | ) | |
| | ) | |
| CPV MARYLAND, LLC, | ) | |
| | ) | |
| Intervenor. | ) | |
| | ) | |

## STIPULATION AND JOINT MOTION

**WHEREAS,** Plaintiffs filed their Complaint for Declaratory and Injunctive Relief ("Complaint") in this action on April 27, 2012; and

**WHEREAS**, on May 18, 2012, this Court entered an Order permitting CPV Maryland, LLC ("CPV") to intervene in this action as of right (Dkt. No. 20); and

**WHEREAS**, the parties have agreed that CPV may have a reasonable period of time after intervention in which to respond to the Complaint;

**NOW THEREFORE**, it is hereby stipulated and agreed that CPV's response to Plaintiffs' Complaint will be due on or before June 11, 2012.

**IN WITNESS WHEREOF**, Plaintiffs and CPV have caused this Stipulation and Joint Motion to be executed by their duly authorized representatives.

For Intervenor CPV Maryland, LLC:

Dated: May 29, 2012

By: _____/s/_____
Jennifer Duncan Hackett (Bar No. 16841)
Larry F. Eisenstat *(Pro Hac Vice)*
Joel B. Kleinman *(Pro Hac Vice)*
Richard Lehfeldt *(Pro Hac Vice)*
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, DC 20006
Tel  (202) 420-2200
Fax  (202) 420-2201
hackettj@dicksteinshapiro.com
kleinmanj@dicksteinshapiro.com

*Counsel for CPV Maryland, LLC*

For Plaintiffs:

Dated: May 29, 2012

By: _____/s/_____
Andrew Jay Graham (Bar No. 00080)
Geoffrey H. Genth (Bar No. 08735)
John A. Bourgeois (Bar No. 11834)
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, MD 21202-3201
Tel  (410) 752-6030
Fax  (410) 539-1269
agraham@kg-law.com
ggenth@kg-law.com
jbourgeois@kg-law.com

*Counsel for Plaintiffs*

*(signed by Jennifer D. Hackett with permission of Geoffrey H. Genth)*